# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TRENELL CLARK, | : | Case No. 1:19-cv-989 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| BEST CHOICE TRANSPORTATION, | : | |
| Defendant. | : | |

## DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (Doc. 4)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** the Report and Recommendation in its entirety.

**IT IS SO ORDERED.**

By: /s/ Matthew W. McFarland
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE